UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-09501-SHK | Date: | September 9, 2020 |
| Title: | *Kristine Barbosa v. Andrew Saul* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER RE: PETITION FOR ATTORNEY FEES**

   The Court has received and reviewed Plaintiff's Petition for Attorney Fees and Expenses Under the Equal Access to Justice Act ("Petition") filed on September 2, 2020.  Electronic Case Filing No. ("ECF No.") 21.  The parties are encouraged to resolve the Petition by meeting and conferring regarding Plaintiff's Petition within fourteen days to attempt to resolve the matters raised therein.  If the parties are unable to resolve this matter by filing a proposed stipulation, it is hereby ORDERED that:

1. Defendant's Opposition, if any, is due on or before September 28, 2020; and
2. Plaintiff's Reply, if any, is due on or before October 5, 2020.

Unless otherwise ordered, the Court will take the matter under submission on the submitted papers.

  **IT IS SO ORDERED**